IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| Tikorya Daniel,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Experian,<br><br>　　　　　　Defendants. | Case No.: 3:20-cv-0004-CAR |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 87.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    a. Central Source LLC

    b. Online Data Exchange LLC

    c. New Management Services LLC

    d. VantageScore Solutions LLC

    e. Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: April 10, 2020

Respectfully submitted,

/s/Michael I. Krause
Michael I. Krause, Esq.
GA Bar No. 429286
JONES DAY
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053
Telephone:   404.581.8903
E-Mail:mikrause@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April 2020, I have caused a copy of the foregoing to be served via U.S. Mail to *pro se* Plaintiff at:

Tikorya Daniel
305 Evans Street
Athens, GA 30606

*/s/Michael I. Krause*
Michael I. Krause, Esq.
GA Bar No. 429286
Jones Day
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053
Telephone: 404.581.8903
E-Mail:mikrause@jonesday.com *Attorney for Defendant Experian Information Solutions, Inc.*